IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OPENTV, INC., <br><br> Plaintiff, <br><br> v. <br><br> NETFLIX, INC., <br><br> Defendant. | C.A. No. 12-1733 (GMS) |

## DECLARATION OF MATTHEW TOPIC IN SUPPORT OF OPENTV, INC.'S ANSWERING BRIEF IN OPPOSITION TO NETFLIX'S MOTION TO TRANSFER

OF COUNSEL:

Russell E. Levine, P.C.
russell.levine@kirkland.com
Paul D. Collier
paul.collier@kirkland.com
Matthew V. Topic
matthew.topic@kirkland.com
G. William Foster
billy.foster@kirkland.com
Gregory Polins
greg.polins@kirkland.com

(*admitted pro hac vice*)

KIRKLAND & ELLIS LLP
300 N. LaSalle St.
Chicago, IL 60654
(312) 862-2000 (tel)
(312) 862-2200 (fax)

June 20, 2013

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com

Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700 (tel)
(302) 651-7701 (fax)

*Attorneys for OpenTV, Inc.*

I, Matthew Topic, declare as follows:

1. I am an attorney at Kirkland & Ellis LLP, counsel for Plaintiff OpenTV, Inc. in this litigation. I have personal knowledge of the facts set forth herein and, if called as a witness, would be competent to testify thereto.

2. Based on the results of a search of public records performed under my direction, the last known residences of the named inventors of the patents asserted in this litigation, excluding current employees, and the distances in miles between their current addresses and the District of Delaware courthouse and the Northern District of California courthouse in San Jose calculated using the Google Maps Distance Measurement Tool are as follows:

| Inventor | Current Address | D. Del. | N.D. Cal. |
|---|---|---|---|
| Abato, Michael | 25 Cushman Rd. White Plains, NY 10606 | 128 | 2560 |
| Alao, Rachad | 3940 Ch De La Cote Des Neiges Montreal, Quebec, H3H1W2 | 410 | 2528 |
| Duda, Carl | 340 E. 80th St., Apt. 18J New York, NY 10075 | 110 | 2554 |
| Dureau, Vincent | 301 Main St., Unit 12B San Francisco, CA 94105 | 2501 | 42 |
| Harrington, Jeffrey | 1622 Periwinkle Way Sanibel, FL 33957 | 994 | 2437 |
| Hausman, Kevin | 1105 Manchester Ct. Naperville, IL 60563 | 677 | 1811 |
| Henrard, Jose | 14 Rue de Liege, F-75005 Paris, France | 3735 | 5577 |
| Hidary, Jack | 24 Central Park South, Apt 6E New York, NY 10019 | 109 | 2553 |
| Huntington, Matthew | 23 Gordon Ave. Twickenham, Great Britain | 3563 | 5367 |
| Lam, Waiman | 319 239th Court Southeast Sammamish, WA 98074 | 2351 | 711 |
| Sardera, Esteban | 448 Sunnyslope Ave. Oakland, CA 94610 | 2493 | 39 |
| Spivack, Nova | 4111 Colbath Ave. Sherman Oaks, CA 91423 | 2379 | 293 |
| Su, Dongmin | 2038 Finley Pl., #135 Santa Clara, CA 95050 | 2488 | 5 |

| | | | |
|---|---|---|---|
| Ullman, Craig | 112 Willow Street, Apt 4A<br>Brooklyn, NY 11201 | 105 | 2553 |
| Whitledge, James | 30W 345 Bruce Ln.<br>Naperville, IL 60563 | 677 | 1811 |
| Wolzien, Thomas | 91 River Rd.<br>Nyack, NY 10960 | 125 | 2552 |

3. Based on the results of a search of public records performed under my direction, the last known residences of the inventors listed on European Patent Application EP 2268026 A2 (attached as Exhibit K to the declaration of Laura Miller) are as follows:

| | |
|---|---|
| Mckissick, Pamela | 19801 S. Sheridan Rd.<br>Mounds, OK 74047 |
| Thomas, William | 12 Broad Leaf Trail<br>Malvern, PA 19355 |
| Ellis, Michael | 1715 Columbine Ave.<br>Boulder, CO 80302 |
| Regouby, Mark | 1410 Tranquilla Dr.<br>Dallas, TX 75218 |
| Hassell, Joel | 5782 Secrest Ct.<br>Golden, CO 80403 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June 20, 2013, in Chicago, Illinois.

_/s/ Matthew Topic_

Matthew Topic

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2013, I caused to be served by electronic mail and hand delivery copies of the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19801
jblumenfeld@mnat.com
klouden@mnat.com

I further certify that on June 20, 2013, I caused to be served by electronic mail copies of the foregoing document upon the following counsel of record:

Daralyn J. Durie
Clement S. Roberts
Eugene Novikov
Laura E. Miller
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111
ddurie@durietangri.com
croberts@durietangri.com
enovikov@durietangri.com
lmiller@durietangri.com

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
gaza@rlf.com

RLF1 8795088v.1