## EXHIBIT A - PROPOSED CASE SCHEDULE

| Description | Date |
|---|---|
| Rule 26(a) Initial Disclosures | July 22, 2013 |
| OpenTV identification of the accused instrumentalities and production of file histories for asserted patents | July 22, 2013 |
| Netflix's production of technical documents and source code related to the development and operation of the accused instrumentalities | September 6, 2013 |
| Production of initial privilege logs, which will be supplemented within 21 days of each future production for documents withheld from those reviewed in connection with the production | October 11, 2013 |
| Deadline to join parties and amend pleadings without leave of Court | September 30, 2013 |
| OpenTV infringement claim charts | October 30, 2013 |
| Netflix invalidity claim charts | November 27, 2013 |
| Netflix disclosure of any reliance on advice of counsel and production of all related advice documents | November 27, 2013 |
| Exchange of proposed terms to be construed | January 10, 2013 |
| Exchange of proposed constructions | January 24, 2014 |
| Meet and confer regarding terms and constructions | Week of January 27, 2014 |
| Exchange of final proposed constructions and all supporting intrinsic and extrinsic supporting evidence | February 7, 2014 |
| Submission of final joint claim chart | February 21, 2014 |
| Claim construction opening briefs (both parties) | March 14, 2014 |
| Claim construction response briefs (both parties) and joint appendix | April 14, 2014 |
| Claim construction hearing | Week of May 19, 2014 |
| Close of fact discovery | July 25, 2014 |
| Expert reports on issues on which a party bears the burden of proof | September 5, 2014 |

RLF1 8841473v.1

| Description | Date |
|---|---|
| Expert reports on issues on which a party does not bear the burden of proof | October 17, 2014 |
| Rebuttal reports limited to responding to opinions disclosed in October 17, 2014 reports | November 14, 2014 |
| Close of expert discovery | January 16, 2014 |
| Letter briefs requesting permission to file summary judgment motions | January 30, 2015 |
| Responses to letter briefs | February 13, 2014 |
| Replies in support of letter briefs | February 20, 2014 |
| Case dispositive motions, if permitted | Four weeks from ruling on letter briefs, with response and reply briefs in accordance with local rule schedule |
| Pretrial Order | Four weeks before pretrial conference |
| Pretrial Conference | Four weeks before start of trial |
| Trial | September 2015 |