## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| OPENTV INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1733-GMS |
| | ) | |
| NETFLIX INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that Anne Shea Gaza of Richards, Layton & Finger, P.A. hereby withdraws her appearance in this action on behalf of Plaintiff OpenTV, Inc. Richards, Layton & Finger, P.A. and Kirkland & Ellis LLP continue to represent Plaintiff OpenTV, Inc.

/s/ Anne Shea Gaza
_____

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700

**Attorneys for OpenTV, Inc.**

OF COUNSEL:

Russell E. Levine, P.C.
Paul D. Collier
Matthew V. Topic
G. William Foster
Gregory Polins
KIRKLAND & ELLIS LLP
300 N. LaSalle St.
Chicago, IL 60654
(312) 862-2000

Dated: July 31, 2013